# United States District Court
## Northern District of Illinois
### Eastern Division

Cynthia N. Young                    **JUDGMENT IN A CIVIL CASE**

      v.                           Case Number: 05 C 7314

Verizon's Bell Atlantic Cash ....

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for attorney's fees and costs is granted in part and denied in part. The Court awards $1,804,053 in attorney's fees and $39,433 in costs, for a total of $1,843,486 to be paid to Plaintiff's counsel.

Michael W. Dobbins, Clerk of Court

Date: 4/27/2011                              _____
                                                  /s/ Linda Garth, Deputy Clerk